AO 91 (Rev. 11/11) Criminal Complaint

26-094

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.

BRANDON KAPFHAMMER,
a/k/a BRANDON HISER

*Defendant(s)*

Case No. 26-mj-1352

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 2024 to May 26, 2026 in the county of Delaware in the Eastern District of Pennsylvania, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 USC 2261A(2)<br>18 USC 875(c) | From in or about 2024 until on or about May 26, 2026, the defendant, Branden Kapfhammer, with the intent to injure, harass, and intimidate minor Victim A, used interactive computer services and electronic communication services of interstate commerce, including Internet-based messaging applications, to engage in a course of conduct that attempted to cause and would be reasonably expected to cause substantial emotional distress to Victim A. Also, on or about May 26, 2026, the defendant transmitted a threat in interstate commerce, that is, a threat to firebomb Victim A's residence. |

This criminal complaint is based on these facts:

See attached affidavit

❒ Continued on the attached sheet.

/s/ Matthew Cerrillo
*Complainant's signature*

Special Agent Matthew Cerrillo
*Printed name and title*

Sworn to before me and signed in my presence.

Digitally signed by Caroline Goldner Cinquanto
Date: 2026.07.10 17:42:46 -04'00'

Date: 07/10/2026

*Judge's signature*

City and state: Philadelphia, Pennsylvania

Honorable Caroline Cinquanto
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF COMPLAINT AND WARRANT**

I, Matthew Cerrillo, being first duly sworn, hereby depose and state as follows:

**Introduction and Agent Background**

1. I submit this affidavit in support of an application for a warrant to arrest BRANDON KAPFHAMMER a/k/a BRANDON HISER for violations of 18 U.S.C. §§ 875(c) (interstate threats) and 2261A(2) (cyber stalking).

2. I am a Special Agent with the United States Department of Justice, Federal Bureau of Investigation ("FBI") and have been since August 2023. Prior to becoming a Special Agent, I was employed as a Computer Scientist with the FBI for approximately three years. I am currently assigned to the FBI Philadelphia Division's Cyber Crime Squad, whose primary mission is to investigate crimes involving computers and the internet. I have been assigned to the Cyber Crime Squad since October 2023. Over the course of my career, I have investigated cybercrimes, violent crimes against children, counterintelligence, counterterrorism, and numerous other federal crimes. I have received general and specialized training in conducting cybercrime investigations. Based upon my training and experience, I am familiar with the means by which individuals use computer and information networks such as the internet to commit various criminal offenses, and I have participated in the execution of searches and seizures pursuant to warrants authorizing the seizure of evidence related to computer crimes.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and law enforcement officers and

witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4. I am currently involved in an investigation of cyberstalking and communication of interstate threats by KAPFHAMMER targeting a minor victim and her family, whose identities are known to me but are identified as VICTIM A (a minor), VICTIM B, and VICTIM C (collectively, "the VICTIMS") in this affidavit to preserve their privacy. Based on my investigation, as set forth below, there is probable cause to believe that KAPFHAMMER, with the intent to injure, harass, and intimidate another person, used interactive computer services and electronic communication services of interstate commerce, including an internet-based social media platform and electronic messaging application, to engage in a course of conduct that attempted to cause and would be reasonably expected to cause substantial emotional distress to that person, in violation of 18 U.S.C. § 2261A(2). There is also probable cause to believe that KAPFHAMMER transmitted in interstate commerce a communication containing a threat to injure another person in violation of 18 U.S.C. § 875(c).

**Statutory Authority**

5. Title 18, United States Code, Section 2261A(2) provides, in pertinent part:

> whoever with the intent to kill, injure, harass, [or] intimidate … another person, uses … any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that places that person in reasonable fear of the death of or serious bodily injury to [that] person … or causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to [that] person … shall be punished.

6. Title 18, United States Code, Section 875(c) provides, in pertinent part, that "whoever transmits in interstate or foreign commerce any communication containing … any threat to injure the person of another, shall be [punished]."

## PROBABLE CAUSE

### Swatting and Bricking Attacks at the VICTIMS' Residence

7. The VICTIMS reside in Delaware County, in the Eastern District of Pennsylvania. Since in or about 2023, the VICTIMS' residence has been targeted for numerous reports of emergencies and crimes, including shootings. Local police determined that all of these calls were false. Placing these types of false emergency calls is commonly referred to as "Swatting."

8. Based on my training and experience, I know that "Swatting" a residence or institution occurs when an individual contacts 911 and reports a fake emergency at a specific address to elicit the dispatch of law enforcement or SWAT teams to that address. This is often done to harass or terrorize the individual(s) at the provided address. Swatting calls often originate from online communities and target victims that do not live in the same geographical location as the caller(s), who typically conceal their identities using various obfuscation techniques such as Voice Over Internet Protocol ("VOIP") calls and proxy Virtual Private Networks ("VPNs" Additionally, Swatting calls can be accompanied by physical acts of harassment, such as brickings[1] and firebombings.[2] These physical attacks are often directed by

[1] In a "bricking" attack, a physical brick or similar item is thrown through a window of the victim's residence or vehicle.

[2] In a "firebombing" attack, an incendiary device is set on fire.

one or more individuals (directors) and carried out by other local individuals (attackers) who are paid to conduct the attacks. To prove that the attacks were actually performed, the attackers typically video record the attacks and send those videos to the directors. The directors then pay the attackers, typically in cryptocurrency, and often post the attack videos online for entertainment and boasting.

9. VICTIM A met KAPFHAMMER through an online organization called "the Com."[3] The Com consists of a geographically widespread group of individuals, organized in various subgroups, who coordinate through online communication applications, including PLATFORM A, to engage in various types of criminal activity to include corporate intrusions, SIM swapping, cryptocurrency theft, Swatting, and in-real-life violence such as brickings, firebombings and shootings.

10. VICTIM A began speaking with KAPFHAMMER in or about 2023, when she was approximately 12 years old and he was 15 years old.[4] Initially, she and KAPFHAMMER were friends but soon began "dating" over the internet. During that time, KAPFHAMMER forced VICTIM A to provide him with naked pictures of herself and to commit acts of self-harm, including cutting KAPHAMMER's initials into her body. If she did not comply, KAPFHAMER threatened to Swat and brick her house, and also threatened to contact. VICTIM A's parent

---

[3] Some of the information about VICTIM A's relationship with KAPFHAMMER is sourced from interviews with VICTIM A. At times during this investigation, VICTIM A failed to disclose information to the FBI on a timely basis and/or has minimized her involvement with the Com. However, the pertinent information has been verified and corroborated, as explained within this affidavit.

[4] Although some of the conduct contained within this affidavit occurred when KAPFHAMMER was a juvenile, he turned 18 in March 2026 and has continued his threatening and harassing course of conduct toward VICTIM A. "In these circumstances, courts have uniformly held that adult prosecution is warranted." *United States v. Camez*, 839 F.3d 871, 874 (9th Cir. 2016).

(VICTIM B) and other family members. When VICTIM A refused to acquiesce to KAPFHAMMER's demands, he followed through on these threats, even terrorizing VICTIM A's 78-year-old grandparent. VICTIM A estimated that KAPFHAMMER Swatted her house at least 20 times.

11. During the course of this investigation, FBI investigators reviewed police reports from the municipality of the VICTIMS' residence, which corroborate VICTIM A's recollection. According to those reports, there have been more than 30 Swatting calls concerning their residence. Other Swatting calls have been placed to neighboring schools using VICTIM A's name.

12. Additionally, on at least three occasions, bricks were thrown through the window of the VICTIMS' residence. For example, on August 21, 2024, VICTIM B discovered that a window of the VICTIMS' residence had been broken. VICTIM B called the police to report the incident, who then came to the VICTIMS' residence to investigate. After police left, VICTIM B heard a crash coming from a window. VICTIM B saw that a brick had been thrown through the broken window and had smashed a television. VICTIM B called the police again.

13. Investigation of this incident led to the discovery that the attack was commissioned by KAPFHAMMER, who paid a local individual to commit the crime. Specifically, interviews revealed that KAPFHAMMER had admitted online to VICTIM A that he directed the attack and paid someone to commit it. More recently, the acts of terror against the VICTIMS have escalated to include the firebombing of VICTIM C's car, discussed below.

**May 10, 2026 Firebombing of VICTIM C's car**

14. On or about May 10, 2026, a car belonging to VICTIM A's brother (VICTIM C) was firebombed in the driveway of the VICTIMS' residence. A video of the attack was provided by a tipster to investigators, and showed two individuals driving to the VICTIMS' residence and approaching VICTIM C's vehicle. One of the individuals smashes the back window and throws an object into the car. Flames are then visible spreading as the two individuals flee.

15. Subsequent investigation revealed that a rock was used to break the car's windshield. Arson investigators from the Bureau of Alcohol, Tobacco, Firearms, and Explosives arrived the next day to process the scene. An ATF investigator concluded that the fire was classified as incendiary, which is defined as a willful ignition of a fire/explosion in an area, or under circumstances where or when there should not be a fire.

**May 26, 2026 Threats Against VICTIM A**

16. Following the execution of a search warrant at the VICTIMS' residence, investigators obtained screenshots from VICTIM A's device showing a conversation on PLATFORM A between VICTIM A and KAPFHAMMER that took place approximately two weeks after the firebombing. On or about May 26, 2026, beginning at approximately 6:06 PM, VICTIM A had the following exchange with KAPFHAMMER. As explained below, KAPFHAMMER used the online moniker "bdog" followed by four dollar signs:

| | |
|---|---|
| **VICTIM A:** | You think that this can effect me<br>I'm crying |
| **KAPFHAMMER:** | this $300 going along [way]<br>na |
| **VICTIM A:** | idc ["I don't care"] |

| | |
|---|---|
| | about a swat<br>retard<br>or my macbook being taken |
| **KAPFHAMMER:** | but we will make sure like<br>every school<br>n shit |
| **VICTIM A:** | LOL |
| **KAPFHAMMER:** | in pa<br>is shut down tho<br>under ur name<br>inshallah[5] |
| **VICTIM A:** | what does [that] to do me [*sic*] if I<br>wasnt the one who did it<br>im screenshotting this msgs<br>this<br>doesnt<br>effect me |

17. Based on my training and experience investigating the threat actors within the Com, I believe that KAPFHAMMER was threatening to make Swatting calls in VICTIM A's name to schools throughout Pennsylvania. His messages stating that "every school . . . in pa . . .[will be] shut down . . . under ur name" means that he intends to make the schools close and blame VICTIM A. Based on my training and experience, I know that individuals who place these types of Swatting calls will give emergency dispatchers the name of the victim as the source of the threat in order to direct law enforcement attention to the victim.

18. That same evening, beginning at approximately 6:17 PM, the exchange continued with the following conversation via PLATFORM A:

---

[5] "Inshallah" is an Arabic phrase that translates to "God willing".

| | |
|---|---|
| **KAPFHAMMER:** | Wait like 30 mins<br>then just remember<br>that bet word<br>means the same shit<br>as it did 4 years ago<br>and shit<br>now i'm loaded nigga lol<br>droppin that 5k the second this nigga dm me back I promise you nigga in the upcoming days your getting fucking ruined<br><br>like laugh all u want think its a joke keep egging it on<br><br>when the moli comes thru ur window this time n has ur whole house on fire jus remember you basically asked for it<br><br>hopefully it kills [VICTIMS' dog's name] [*praying hands emoji*]<br><br>kirk that nigga no cap |
| **VICTIM A:** | ? |
| **KAPFHAMMER:** | gonna delete this [PLATFORM A account] now tho so I dont rot in prison for when someone in ur family like dies in the fire or smfn tho |

19. Based on my training and experience, I believe this series of messages contains a threat to throw a Molotov cocktail—or "moli"—into the VICTIMS' residence. I also know that "kirk" is online slang meaning "kill." Accordingly, in this conversation KAPFHAMMER is stating that there will be a follow-on firebombing attack that will target the VICTIMS' residence. He also is stating that the Swatting attacks that he has orchestrated for years will continue.

## Attribution of "bdog" to KAPFHAMMER

*The PLATFORM A Records*

20. Investigators began investigating the "bdog" moniker that was used in the PLATFORM A conversation. Records from PLATFORM A showed that the bdog moniker was associated with User ID: 1500538613405057064 and registered using a phone number ending in -8327.[6] The records included all IP-based connection logs for the account, which showed both cellular and VPN connections. VPNs permit cybercriminals to obfuscate their identity by masking their true IP address with an unattributable IP address.

21. The bdog account was accessed from numerous Verizon IP addresses, including the following at the dates and times provided:

| **Date and Time (UTC)** | **IP Address** |
|---|---|
| June 9, 2026; 4:56 | 174.202.72.215 |
| June 8, 2026; 17:24 | 174.202.33.55 |
| June 7, 2026; 21:57 | 174.202.65.102 |

[6] I know the full phone number but am referring to it only using the last four digits here to protect ongoing investigative efforts.

| | |
|---|---|
| June 6, 2026; 22:10 | 174.194.1.61 |
| June 2, 2025; 4:12 | 174.194.1.212 |
| May 26, 2026; 22:27 | 174.202.32.17 |

*The -8327 Number*

22. The -8327 number that was used to create the bdog account was serviced by Verizon. The same phone number was referenced in a complaint that had previously been submitted to FBI from VICTIM D, who said that KAPFHAMMER had Swatted her home several times. I participated in an interview of VICTIM D, who said that KAPFHAMMER used this number to communicate with her and her parents.

23. FBI obtained a search warrant for cell site location data and call detail records for the -8327 number. I have reviewed the search warrant returns for that number, which corroborate VICTIM D's account because they display an outgoing call to a number belonging to VICTIM D's father. Those records also listed "Brandon Withers" as the subscriber of the -8327 number.

24. Additionally, the Verizon search warrant returns included a list of IP addresses used by the device associated with the -8327 phone number. The IPs depicted below are from Verizon search warrant returns. These IP addresses consistently overlapped with the IP addresses used by the "bdog" account, as shown below. This suggests that the operators of the bdog account and the -8327 account were the same person.

| Date and Time IP Utilized to access bdog account | IP Address | Date and Time IP address Assigned by -8327 number |
|---|---|---|
| June 9, 2026; 4:56 | 174.202.72.215 | June 9, 2026; 04:53 |
| June 8, 2026; 17:24 | 174.202.33.55 | June 8, 2026; 17:31 |
| June 7, 2026; 21:57 | 174.202.65.102 | June 7, 2026; 21:55 |
| June 6, 2026; 22:10 | 174.194.1.61 | June 6, 2026; 22:06 |
| June 2, 2025; 4:12 | 174.194.1.212 | June 2, 2026; 05:38 |
| May 26, 2026; 22:27 | 174.202.32.17 | May 26, 2026; 22:21 |

25. However, not all periods of overlapping use between the -8327 and bdog accounts reflected matching IP addresses. That is not unexpected. From my training and experience, cybercriminals will often cycle from VPN connections and cellular data sessions based on their online activity. Individuals such as KAPFHAMMER have an extensive history of VPN utilization, which can be seen in the bdog account activity logs. The omission of various VPN IPs in the Verizon data session logs can be explained by Verizon providing all data session IPs solely owned and controlled by Verizon. From my training and experience, if a cybercriminal is operating a VPN application on their cellular device, and it is activated, the bdog account access logs would then reflect the VPN connection not the Verizon data session IPs. The data session would route from the cellular provider, through the VPN servers, and establish connection with PLATFORM A.

26. Verizon also provided timing advance data for the -8327 number, which Verizon refers to as “Real Time Tool” (“RTT”) data, along with cell site data. Timing advance data includes an approximate distance a device was located from a cell tower based on a signal that

travels from the cell tower to the device and back. Due to this, timing advance data is more precise than typical cell site information that only includes tower and sector information.

27. The timing advance data was analyzed by a member of the FBI's Cellular Analysis Survey Team ("CAST"), a team specially trained in the analysis and interpretation of cell site location records. The data provided by Verizon covered a time period from February 22, 2026 to June 9, 2026. Based on a preliminary analysis of the available timing advance and cell site data for the -8327 cell phone number, from May 2, 2026 to June 9, 2026, the device was located in the area of ADDRESS 1[7] in Louisville, Kentucky. This activity is consistent with the user of the device residing in this area. On May 9, 2026, the device was seen in the area of ADDRESS 2[8] in Louisville, Kentucky 40216, which is approximately 2.7 miles away from ADDRESS 1. When not in the aforementioned areas, the device was located in Chicago, Illinois and Miami, Florida, which were other locations where KAPFHAMMER was reported to be located prior to Louisville, Kentucky.

28. Open-source research for ADDRESS 2 indicates J.H. currently resides at the address. J.H. is believed to be KAPFHAMMER's grandmother. J.H. previously had custody of KAPFHAMMER and reported him missing to Louisville Metro Police Department (LMPD) in August 2025. In that report, ADDRESS 2 was listed as KAPFHAMMER's residence.

29. Numerous Swatting incidents have also targeted this address. During those incidents, the callers mentioned KAPFHAMMER. In one particular instance on May 15, 2026,

---

[7] I am aware of the actual location of ADDRESS 1. It is being omitted from this affidavit to maintain the privacy of its occupants.

[8] I am aware of the actual location of ADDRESS 2. It is being omitted from this affidavit to maintain the privacy of its occupants.

the caller stated his name was Jonathan HISER and that his brother had shot him. LMPD determined B.H. (believed to be KAPFHAMMER's uncle) was living at this address and had a sister with the last name HISER. Accordingly, responding officers traveled to the residence to investigate. B.H. was pulled out of the house and detained in the backyard at gunpoint by the officers. B.H. began ranting about his nephew and how he was a continuous problem. The residence has also received numerous pizza orders in the previous months.

30. Records received from Apple for the -8327 number showed that the phone number was associated with Apple iCloud account ID 19180140688 using the email addresses lolxdsowhat@tmail.link and apple-gateway@tmail.link. Open-source research indicates the domain, tmail.link, is a temporary and disposable email service. The subscriber's name was listed as "Brandon Withers," which matches the name on the -8327 Verizon account.

31. The Apple account associated with the -8327 number had numerous IP address logins from Verizon IP addresses. There were also numerous AT&T IP addresses used to access the account in June of 2026, that resolved to the approximate location of Louisville, Kentucky, which is believed to be where KAPFHAMMER currently resides. The AT&T IP addresses of interest were 2600:1700:3480:4380:1c3a:580e:4a0e:b916; 68.248.145.135; 2600:1700:3480:4380:39c1:1be2:5dda:c596; 2600:1700:3480:4380:84fd:6539:641f:807b.

32. Records from AT&T for the above IP addresses indicated the subscriber was Angela Martin and the service address was ADDRESS 3.[9] This address refers to the same

[9] I am aware of the actual location of ADDRESS 3. It is being omitted from this affidavit to maintain the privacy of its occupants.

residence as ADDRESS 1. Google Maps identifies the same residence for both addresses, and shows that the residence sits on the corner of the street in ADDRESS 1 and ADDRESS 3.

33. On July 2, 2026, physical surveillance was conducted at ADDRESS 1. After conducting a trash pull outside the residence, FBI agents found discarded food packaging with order labels that contained the name “Brandon W.,” which is consistent with the name Brandon Withers.

## CONCLUSION

34. In sum, KAPFHAMMER has used the internet to engage in a course of conduct that attempted to cause and would be reasonably expected to cause substantial emotional distress to VICTIM A, and he did so with the intent to injure, harass, and intimidate her. This course of conduct included a May 26, 2026 online threat to initiate additional firebombings and Swattings of the VICTIMS' residence. The account that placed that threat—"bdog"—was associated with a phone number known to belong to KAPFHAMMER. Additionally, IP addresses associated with the bdog account, his phone number, and a linked iCloud account indicate KAPFHAMMER's association to the previously mentioned residences, one of which has a family connection to KAPFHAMMER.. Finally, cell site location information placed the device associated with KAPFHAMMER's phone at or near the location of those residences. Accordingly, there is probable cause to believe that KAPFHAMMER committed violations of 18 U.S.C. §§ 2261A(2) (stalking) and 875(c) (interstate threats).

Respectfully submitted,

Matthew Cerrillo
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
on July 10, 2026:

Digitally signed by Caroline Goldner Cinquanto
Date: 2026.07.10 17:43:34 -04'00'

HONORABLE CAROLINE GOLDNER CINQUANTO
UNITED STATES MAGISTRATE JUDGE