**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| **v.** | : | **DATE FILED: ______________** |
| **BRANDON KAPFHAMMER**<br>**a/k/a "Brandon Hiser"** | :<br>:<br>:<br>: | **VIOLATIONS:**<br>**18 U.S.C. §§ 2261A(2)(B)**<br>**(cyberstalking – 1 count)**<br>**18 U.S.C. § 875(c) (interstate communications with threat to injure – 1 count)**<br>**18 U.S.C. § 2 (aiding and abetting)** |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

From in or about October 2023 through on or about May 26, 2026, in the Eastern District of Pennsylvania, and elsewhere, defendant

**BRANDON KAPFHAMMER,**
**a/k/a "Brandon Hiser,"**

with the intent to injure, harass, and intimidate Minor Victim 1, used interactive computer services, electronic communication services, electronic communication systems of interstate commerce, and facilities of interstate and foreign commerce to engage in a course of conduct, including but not limited to sending numerous threatening and harassing text messages to Minor Victim 1, and aided and abetted such conduct, that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Minor Victim 1.

In violation of Title 18, United States Code, Sections 2261A(2)(B) and 2.

**COUNT TWO**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 26, 2026, in the Eastern District of Pennsylvania and elsewhere, defendant

**BRANDON KAPFHAMMER,**
**a/k/a "Brandon Hiser"**

knowingly, willfully, and with the knowledge that the communication would be viewed as a threat and for the purpose of issuing a threat ,transmitted in interstate and foreign commerce from the Commonwealth of Kentucky to the Commonwealth of Pennsylvania, a communication, that is Discord messages, to Minor Victim 1, and the communication contained a threat to injure Minor Victim 1, specifically to target her with false emergency law enforcement calls, commonly referred to as "swatting" calls, and a firebombing attack.

In violation of Title 18, United States Code, Section 875(c).

**A TRUE BILL:**

[redacted]

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*___________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

**THE UNITED STATES OF AMERICA**

**vs.**

**BRANDON KAPFHAMMER**

**a/k/a "Brandon Hiser"**

**INDICTMENT**

Counts

18 U.S.C. §§ 2261A(2)(B), 2261B(a) – cyberstalking of a minor – 1 count
18 U.S.C. § 875(c) – interstate communications with threat to injure – 1 count
18 U.S.C. § 2 – aiding and abetting

[redacted]

Bail, $____________